UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

PAUL LEE HARRIS,

        Plaintiff,                   Case No. 1:08cv776

v.                                             Hon. Robert J. Jonker

ANTHONY STEWART,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 13, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 13, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. This case is **DISMISSED**.

                                                                    /s/ Robert J. Jonker
                                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE

DATED: August 10, 2009